# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SHANE S. DUNCAN,

        Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

        Defendants.

C17-1072 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By email on July 17, 2017, Lucas D. McWethy of the Law Firm of Lucas D. McWethy, LLC, was advised that before he may act as counsel of record for plaintiff in this action, he must petition for admission to practice before this Court. To date, no such petition has been received from Mr. McWethy and, as a result, this matter has not proceeded forward.[1] Plaintiff and Mr. McWethy are hereby ADVISED that, unless Mr. McWethy is admitted to practice before this Court and files a notice of appearance in this action, or another attorney eligible to appear files a notice of appearance on plaintiff's behalf, within thirty (30) days of the date of this Minute Order the Court will consider plaintiff to be proceeding pro se.

(2) Plaintiff is reminded that, if he proceeds pro se, he will have an obligation to keep the Court apprised of his contact information and to provide the Court with any

---

[1] On July 31, 2017, Mr. McWethy filed a Notice of Intent to Withdraw as Counsel, docket no. 6. Because Mr. McWethy is not admitted to practice before this Court, however, he is not eligible to appear at this time and therefore has no appearance to withdraw. *See* Local Civil Rule 83.2.

MINUTE ORDER - 1

changes of address.  Plaintiff is also advised that, if he proceeds pro se, he will be expected to comply with the rules and orders of this Court and he will be held to the same standards as lawyers authorized to practice before this Court.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record, to Lucas D. McWethy, Law Firm of Lucas D. McWethy, LLC, 16825 48th Avenue West, Suite 244, Lynnwood, WA 98037, and to plaintiff Shane Duncan, 25592 Breezewood St., Dana Point, CA 92629.

Dated this 14th day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2