# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SHANE S. DUNCAN,

    Plaintiff,

v.

SNOHOMISH COUNTY, a political subdivision of the State of Washington; DENNY JUVENILE JUSTICE CENTER, MARILYN FINSEN and JOHN DOE FINSEN and the marital community composed thereof; DAVID OSTER and JANE DOE OSTER and the marital community composed thereof; CITY OF EVERETT, a Washington municipal corporation; JUDGE TIM ODELL; and JANE or JOHN DOES 1-2, unknown.

    Defendant.

C17-1072 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Defendants' Joint Status Report and Discovery Plan, docket no. 9, and considering the Defendants' unsuccessful efforts to contact Plaintiff Shane S. Duncan concerning this matter, Plaintiff Shane S. Duncan is hereby ORDERED to show cause by January 1, 2018 why his claims should not be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

MINUTE ORDER - 1

1  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record, to Lucas D. McWethy, Law Firm of Lucas D. McWethy, LLC, 16825 48th Avenue West, Suite 244, Lynnwood, WA 98037, and to Plaintiff Shane S. Duncan via USPS Certified Mail, 25592 Breezewood St. Dana Point, CA 92629.

Dated this 2nd day of November, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2