# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHANE S. DUNCAN,<br><br>    Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, et al.,<br><br>    Defendants. | C17-1072 TSZ<br><br>ORDER |

By Minute Order dated November 2, 2017, docket no. 10, the Court directed Plaintiff Shane S. Duncan to show cause by January 1, 2018, why his claims should not be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). Having received no response to said Minute Order, this action is hereby DISMISSED without prejudice. *See id.*

IT IS SO ORDERED.

Dated this 8th day of January, 2018.

            /s/ Thomas S. Zilly
            Thomas S. Zilly
            United States District Judge

ORDER - 1